ARGENTINO PELLEGRINO, PETITIONER-RESPONDENT, v. MONAHAN McCANN STONE COMPANY, RESPONDENT-APPELLANT.

Argued May 24, 1960—Decided June 6, 1960.

*Mr. Isidor Kalisch* argued the cause for the appellant.

*Mr. Aaron Gordon* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Price in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.